FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 OCT 21 PM 2:55

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QUENTREVION CAMPBELL,<br><br>Defendant. | *SEALED*<br><br>4:25CR3094<br><br>INDICTMENT<br>18 USC § 1343<br>47 USC § 223(a)(1)(C) |

The Grand Jury charges that:

### INTRODUCTION

1. At all times relevant for Counts I through XI, QUENTREVION CAMPBELL, defendant herein, was a student at Chadron State College, a public college in Chadron, Nebraska.

2. At all times relevant for Counts I through XI, CAMPBELL was not employed by any governmental or law enforcement agency.

3. At all times relevant for Counts I through XI, QUENTREVION CAMPBELL resided in Chadron, Nebraska.

4. At all times relevant for Counts I-X, QUENTREVION CAMPBELL had Venmo account "@quen22444." QUENTREVION CAMPBELL also had Venmo account "Quen Campbell."

5. At all times relevant for Counts I-X, QUENTREVION CAMPBELL had an Apple Pay account associated with number 229-472-2838.

6. At all times relevant for Counts I-X, 229-472-2838 was the phone number belonging to QUENTREVION CAMPBELL.

7. Venmo and Apple Pay are mobile payment services, which allow users to transfer funds to others via a mobile phone app.

## OVERVIEW OF THE SCHEME

8. Between on or about December 1, 2023, and January 10, 2024, in the District of Nebraska, and elsewhere, QUENTREVION CAMPBELL, defendant herein, devised and intended to devise a scheme to defraud various individuals and to obtain money by means of materially false and fraudulent pretenses, representations, and promises.

9. It was part of the scheme that QUENTREVION CAMPBELL made calls to various individuals intentionally and falsely representing himself to be employed by or a representative of a specific law enforcement agency. QUENTREVION CAMPBELL then knew he was not employed by any law enforcement agency.

10. In furtherance of the scheme, QUENTREVION CAMPBELL would falsely misrepresent to the victims they had a warrant for their arrest due to missing jury duty or because they did not appear as required by a subpoena and would threaten the victims with the false misrepresentation that the victims would risk going to jail if they did not pay a fine for not complying with the legal process.

11. In furtherance of the scheme, QUENTREVION CAMPBELL obtained personal information about the victims, such as their address, in order to try and convince the victims the calls were not a scam and to induce their believe of his fraudulent misrepresentations.

12. It was also part of the scheme that QUENTREVION CAMPBELL would act with another co-conspirator known or unknown to the grand jury claiming to be law enforcement and would "transfer" the victim between the two individuals, falsely representing two law enforcement officers encouraging the victim to pay the fine to avoid going to jail.

13. In furtherance of the scheme, QUENTREVION CAMPBELL offered various methods of mobile payment to the victims, to include Venmo, Apple Pay, Paypal or Zelle. Ultimately, QUENTREVION CAMPBELL would force the victims to either use Venmo or Apple Pay for various fictitious reasons. The Venmo and Apple Pay accounts often had usernames to mimic real account names, such as "DepartmentofTreasury."

14. QUENTREVION CAMPBELL further conveyed false information was provided to the victims in attempts to make the calls sound legitimate, such as false court case numbers.

15. In furtherance of the scheme, QUENTREVION CAMPBELL spoofed the phone number used to call the victims, oftentimes being one digit off from the victim's local law enforcement center.

16. In furtherance of the scheme, if a victim failed to comply with the demand to pay a fine, QUENTREVION CAMPBELL caused that victim to be swatted at the victim's personal residence by local law enforcement by causing false criminal allegations about the victim to be phoned into 9-1-1 dispatch in the victim's local jurisdiction.

17. As a result of the scheme and artifice to defraud alleged herein, QUENTREVION CAMPBELL, received $3,250 from the Victims 1, 2, 3, 4, and 5.

18. QUENTREVION CAMPBELL caused multiple wire transfers to traveling outside the state of Nebraska in interstate commerce and into the State of Nebraska from outside the State of Nebraska in furtherance of the scheme.

## COUNTS I - X

19. Paragraphs 1 through 18 are incorporated by reference to Counts I through X.

20. On or about each of the dates set forth below, in the District of Nebraska and elsewhere, QUENTREVION CAMPBELL, defendant herein, for the purpose of executing the scheme described above and attempting to do so, caused to be transmitted by means of

wire communications, in interstate commerce, the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Amount | Wire Description |
| --- | --- | --- | --- |
| I | 12/1/2023 | $250.00 | Victim 1 made a payment to Campbell's Venmo account |
| II | 12/1/2023 | $250.00 | Victim 1 made a payment to Campbell's Apple Pay account |
| III | 12/1/2023 | $250.00 | Victim 1 made a payment to Campbell's Apply Pay account |
| IV | 12/23/2023 | $750.00 | Victim 2 made a payment to Campbell's Venmo account |
| V | 12/26/2023 | $500.00 | Victim 3 made a payment to Campbell's Venmo account |
| VI | 12/26/2023 | $250.00 | Victim 3 made a payment to Campbell's Venmo account |
| VII | 12/28/2023 | $750.00 | Victim 4 made a payment to Campbell's Venmo account |
| VIII | 12/28/2023 | $250.00 | Victim 4 made a payment to Campbell's Venmo account |
| IX | 1/10/2024 | $0.00 | Phone call to Victim 5 |
| X | 1/10/2024 | $0.00 | Phone call to Emergency Services |

All in violation of Title 18, United States Code, Section 1343.

## COUNT XI

21. On, about or between, December 1, 2023, and January 10, 2024, within the District of Nebraska and elsewhere, the defendant QUENTREVION CAMPBELL, in interstate and foreign communications, made one or more telephone calls without disclosing his identity and with intent to abuse, threaten, and harass people known to the grand jurors at the called numbers and who received the communications.

All in violation of Title 47, United States Code, Section 223(a)(1)(C).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____
JULIE ANN M. MRUZ, #25564
Assistant U.S. Attorney